ACCEPTED
06-14-00071-CV
SIXTH COURT OF APPEALS
TEXARKANA, TEXAS
3/16/2015 3:06:06 PM
DEBBIE AUTREY
CLERK

# No. 06-14-00071-CV

IN THE COURT OF APPEALS FOR THE
SIXTH DISTRICT OF TEXAS
AT TEXARKANA

FILED IN
6th COURT OF APPEALS
TEXARKANA, TEXAS
3/16/2015 3:06:06 PM
DEBBIE AUTREY
Clerk

IN THE INTEREST OF A. B. O. and E. B. O., Children

## UNOPPOSED SECOND MOTION TO EXTEND TIME FOR FILING BRIEF OF APPELLEE

TO THE HONORABLE COURT OF APPEALS:

Appellee, MELANIE McMURTRY, files this unopposed second motion requesting an extension of time to file her Brief of Appellee and would show unto the Court the following:

I.

Appellee's brief was due to be filed on March 11, 2015.

II.

Appellee's brief is now complete but counsel was unable to complete it by the due date due to the following commitments:

1. Serving as mediator in Willie Casteel v. Texarkana Newspapers, Inc., Cause No. 13-C-0804-202 in the District Court of Bowie County, Texas;

2. Serving as mediator in Jerry Dudley v. Cody Creighton (Pre-Litigation);

3. Serving as mediator in <u>Krystal Riddle v. Bob Addison and Tisha Addison, Individually and d/b/a Bounce-A-Lot</u>, Cause No. 13C1199-202 in the District Court of Bowie County, Texas; and

4. Research for preparation of response to petitions for review in <u>Helen Butts-Tipps, Sue Ethel McEachern, and The Estate of Flora L. Thompson, Perry Thompson, Jr., Independent Executor, Perry Thompson, Jr. and Sandra Sue Sartain v. Chinn Exploration Company, Chinn Family Limited Partnership and Cherokee Royalty Syndicate Through its Receiver, Howard P. Coughlan</u>, No. 14-0958 in the Supreme Court of Texas.

Further, counsel for Appellee had a non-refundable prepaid family vacation the week of March 9, 2015.

## III.

Those obligations did not allow counsel adequate time to complete Appellee's brief by the due date. However, the undersigned counsel has completed Appellee's brief and it is being tendered for filing today, March 16, 2015.

## IV.

Counsel, therefore, respectfully requests an extension of time to file Appellee's brief on the date of receipt.

WHEREFORE, PREMISES CONSIDERED, Appellee, MELANIE McMURTY, respectfully requests that the Court grant this unopposed motion and extend the deadline for her brief to the date of reception.

Respectfully submitted,


  /s/ *John R. Mercy*
John R.  Mercy
Texas State Bar No. 13947200
MERCY ✮ CARTER ✮ TIDWELL, L.L.P.
1724 Galleria Oaks Drive
Texarkana, TX  75503
Telephone:  (903) 794-9419
Facsimile:   (903) 794-1268
E-mail: jmercy@texarkanalawyers.com

ATTORNEY FOR  APPELLEE


### CERTIFICATE OF CONFERENCE

I have contacted Lisa McPherson, Attorney for Appellant, regarding the relief sought by this motion and she has no objection to the motion.


  /s/ *John R. Mercy*
John R.  Mercy


### CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing *Unopposed Second Motion to Extend Time for Filing Brief of Appellee* has been forwarded to:

Mr. Brent M. Langdon                    *Email: blangdon@ldatty.com*
Ms. Lisa McPherson                      *Email: lisam@ldatty.com*
LANGDON ✮ DAVIS, LLP
5902 Summerfield, Ste. A
Texarkana, TX 75503

Mr. Chad Cable                  *Email:* [chadcable@yahoo.com](mailto:chadcable@yahoo.com)
CHAD CABLE LAW OFFICES
323 Gilmer Street
Sulphur Springs, TX 75482

on this the 16th day of March, 2015.

                 /s/ *John R. Mercy*
                 John R. Mercy